David J. Kaminski (SBN 128509)
kaminskid@cmtlaw.com
Martin Schannong (SBN 243297)
schannongm@cmtlaw.com
CARLSON & MESSER LLP
5901 West Century Boulevard, Suite 1200
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant
EDUCATIONAL CREDIT MANAGEMENT CORPORATION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA LEPUR, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> EDUCATIONAL CREDIT MANAGEMENT CORPORATION, a Minnesota corporation, <br><br> Defendant. | CASE NO. **'23CV0014 AJB DDL** <br><br> **NOTICE OF REMOVAL** |

PLEASE TAKE NOTICE that Defendant EDUCATIONAL CREDIT MANAGEMENT CORPORATION ("Defendant") hereby removes to this Court the civil action described below pursuant to the Class Action Fairness Act of 2005, 28 U.S.C. §§ 1332(d), 1453 and 1711-1715 ("CAFA").

1.   On November 15, 2022, Plaintiff CYNTHIA LEPUR ("Plaintiff") filed a civil class action in the Superior Court of California, County of San Diego, entitled *Cynthia Lepur, on behalf of herself and all others similarly situated v. Educational Credit Management Corporation, a Minnesota corporation*, Case No.

37-2022-00046119-CU-BT-CTL.    A true and correct copy of Plaintiff's Complaint is attached hereto as Exhibit A.

2.    Plaintiff's Complaint was served on Defendant on December 6, 2022.

3.    This Notice of Removal is timely filed within the 30-day removal period pursuant to 28 U.S.C. §§ 1446(b) and 1453(b).

4.    There are no other defendants named in Plaintiff's Complaint.

5.    The above-described action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332(d), and is one that may be removed to this Court by Defendant pursuant to 28 U.S.C. § 1453(b), in that it is a class action that satisfies the CAFA's requirements for removal.

6.    A class action filed in State Court is removable to a Federal District Court under the CAFA if (1) the putative class alleged by the Plaintiff includes more than 100 members, (2) the matter in controversy exceeds the sum or value of $5,000,000, exclusive of interests and costs, and (3) any member of the putative class is diverse from any defendant in any one of three statutorily enumerated ways.  28 U.S.C. § 1332(d)(2), (5)(B).

7.    Without conceding liability, appropriateness of class treatment, appropriateness of Plaintiff's class definition, or the validity of Plaintiff's claims for relief, if the allegations in the Complaint are accepted as true, the CAFA requirements are satisfied.

8.    The Complaint's allegations satisfy the first requirement for removal under the CAFA, because the putative class allegedly includes "over 1,000 class members." Ex. A, Complaint, ¶ 39.

9.    The Complaint's allegations satisfy the second requirement for removal under the CAFA as well, because on Plaintiff's first cause of action, Plaintiff seeks damages against Defendant "for herself and each Class member the greater of $5,000.00 for each and every violation or three times actual damage per violation, pursuant to Cal. Pen Code § 637.2(a)."  Ex. A, Complaint, Prayer for

Relief. Considering that the class allegedly includes over 1,000 individuals, the foregoing allegation suffices for the total amount in controversy to allegedly exceed $5,000,000. Moreover, Plaintiff seeks additional damages and relief on her second, third, fourth and fifth causes of action. *Id.*

10. The Complaint's allegations also satisfy the third and final requirement for removal under the CAFA, because at least one member of the putative class is a citizen of a State different from Defendant. In this regard, Plaintiff alleges that she is a resident of the State of California, whereas Defendant is incorporated and maintains its principal place of business in the State of Minnesota. Ex. A, Complaint, ¶¶ 5, 6.

11. Furthermore, in a virtually identical class action currently pending in the Central District entitled *Beheshta Mahboob, Carole Cramer-Banks and Cynthia Lepur on behalf of themselves and all others similarly situated v. Educational Credit Management Corporation*, C.D. Cal. Case No. 2:21-cv-08585-JAK-GJS, Plaintiff herself asserts jurisdiction under the CAFA. *See* ECF No. 16 in C.D. Cal. Case No. 2:21-cv-08585-JAK-GJS, First Amended Complaint, ¶ 2.

12. Venue is proper in this district under 28 U.S.C. §1441(a) because this district and division embrace the place where the removed action has been pending.

13. Plaintiff's Complaint includes a demand for jury trial.

14. Defendants will promptly file a copy of this Notice of Removal with the clerk of the State Court where the action has been pending.

DATED:  January 4, 2023          CARLSON & MESSER LLP


By:    s/David J. Kaminski
       David J. Kaminski
       Martin Schannong
       Attorneys for Defendant
       EDUCATIONAL CREDIT
       MANAGEMENT CORPORATION

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 4th day of January, 2023, a true and accurate copy of the foregoing **NOTICE OF REMOVAL** was served via mail on the following person:

**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
ALEXIS M. WOOD (SBN 270200)
*alexis@consumersadvocates.com*
KAS L. GALLUCCI (SBN 288709)
*kas@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone:(619) 696-9006
Facsimile: (619) 564-6665
***Attorneys for Plaintiff and the Proposed Class***

**CARLSON & MESSER LLP**

/s/ David J. Kaminski
David J. Kaminski