

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cynthia Lepur, on behalf of herself, and all others similarly situated | Civil Action No.   23cv0014-AJB-DDL |
| Plaintiff, | |
| V. | |
| Educational Credit Management Corporation, a Minnesota corporation | **JUDGMENT IN A CIVIL CASE** |
| Defendant. | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Defendant's Motion to Dismiss, or in the Alternative, to Strike Class Allegations is Granted.

For the reasons set forth, the Court Grants ECMC's Motion to Dismiss Plaintiff's Complaint without leave to amend.

Date:   4/28/23

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ M. Quinata

M. Quinata, Deputy